1  BRANCART & BRANCART
LIZA CRISTOL-DEMAN, ESQ., SBN 190516
2  Email: lcristoldeman@brancart.com
P.O. Box 686
3  Pescadero, California 94060
Telephone: (650) 879-0141
4  Facsimile: (650) 879-1103

5  LEGAL AID SOCIETY OF SAN DIEGO, INC.
AMALEA ROMERO, ESQ., SBN 317899
6  Email: amalear@lassd.org
HILARY SCHWARTZ, ESQ., SBN 326009
7  Email: hilarys@lassd.org
110 South Euclid Avenue,
8  San Diego, California 92114
Telephone: (619) 471-2613
9  Facsimile: (619) 471-2632

10  Attorneys for Plaintiff, DENISSE RAMOS
GONZÁLEZ

11

12            **UNITED STATES DISTRICT COURT**

13            **SOUTHERN DISTRICT OF CALIFORNIA**

14  DENISSE RAMOS GONZALEZ,            ) Case No: 22cv1348-LL-MSB
                                       )
        Plaintiff,                     )
15                                     )
                                       )
16                                     ) **NOTICE OF SETTLEMENT AND**
                                       ) **JOINT MOTION TO VACATE**
17      vs.                            ) **SUMMMARY JUDGMENT**
                                       ) **HEARING DATE**
18                                     )
19  MENDEZ PROPERTY COMPANY            )  **Hearing Date:** August 25, 2023
    LLC; MARIO ESTEVAN MENDEZ          )  **Hearing Time:** N/A
20                                     )  **Judge:** The Hon. Linda Lopez
        Defendants.                    )  **Place:** Courtroom 5D
                                       )
21

22

23        The parties are pleased to report that following a private mediation, the parties

24  reached a full settlement on August 18, 2023. The parties are drafting a formal

25  settlement agreement. The parties anticipate that a request for dismissal of the case

26  will be filed within 30-45 days. The parties also jointly request that defendants'

27
                                   - 1 -
28  NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE MOTION FOR
    SUMMARY JUDGMENT HEARING DATE- CASE NO. 22CV1348-LL-MSB

1   motion for summary judgment, currently set for a hearing on August 25, 2023, be

2   taken off calendar pending the settlement and dismissal.

3

4
    DATED:        August 22, 2023                     Respectfully submitted,

5                                                     BRANCART & BRANCART

6

7                                                     /s/  Liza Cristol-Deman
                                                      Liza Cristol-Deman
8                                                     lcristoldeman@brancart.com

9
                                                      LEGAL AID SOCIETY OF SAN
10                                                    DIEGO, INC.

11

12                                                    /s/ Hilary Schwartz
                                                      Hilary Schwartz
13                                                    hilarys@lassd.org

14                                                    BERMAN BERMAN BERMAN
                                                      SCHNEIDER & LOWARY, LLP
15

16                                                    /s/ William G. Barrett
                                                      William G. Barrett
17                                                    wgbarrett@b3law.com

18

19

20

21

22

23

24

25

26

27
                                        - 2 -
28   NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE MOTION FOR
     SUMMARY JUDGMENT HEARING DATE- CASE NO. 22CV1348-LL-MSB

1

## <u>CERTIFICATE OF SERVICE</u>

2

3      Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on August 22,
       2023,  I served by email a copy of the attached document – NOTICE OF
4      SETTLEMENT AND JOINT MOTION TO VACATE MOTION FOR SUMMARY
       JUDGMENT HEARING DATE– upon the following attorneys:

5

6
                                              Mark E. Lowary, Esq. (SBN: 168994)
7                                             Brian T. Gravdal, Esq. (SBN: 239393)
                                              BERMAN BERMAN BERMAN
8                                             SCHNEIDER & LOWARY, LLP
                                              3890 Tenth Street
9                                             Riverside, CA 92501
                                              Telephone: (951) 682-8300
10                                            Facsimile: (951) 682-8331
                                              e-mail: melowary@b3law.com;
11                                            bgravdal@b3law.com;
                                              wgbarrett@b3law.com
12

13

14

15

16

17                                   x _____
                                        Hilary Schwartz
18

19

20

21

22

23

24

25

26

27                                         - 3 -
                   NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE MOTION FOR
28                    SUMMARY JUDGMENT HEARING DATE- CASE NO. 22CV1348-LL-MSB