UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISSE RAMOS GONZALEZ,<br><br>                              Plaintiff,<br><br>v.<br><br>MENDEZ PROPERTY COMPANY LLC; MARIO ESTEVAN MENDEZ,<br><br>                              Defendants. | Case No.:  22cv1348-LL-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[ECF No. 45] |

Pursuant to the joint motion of the parties [ECF No. 45], the above-entitled action is hereby dismissed in its entirety with prejudice. The Clerk of Court is **ORDERED** to close the case.

**IT IS SO ORDERED**.

Dated:  October 11, 2023

_____
Honorable Linda Lopez
United States District Judge